AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ramirez, Irma C. | U.S. District Court - NDTX | 05/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full-time | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States District Court
1100 Commerce St., Room 1567
Dallas, Texas 75242

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee, Board of Trustees | Texas Center for Legal Ethics |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramirez, Irma C. | 05/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Self-employed barber |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramirez, Irma C. | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Capital One | Credit Card | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramirez, Irma C. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Allstate Life (IRA Annuity) (H) | | | | | | | | | |
| 2. ---Putnam VT Investments (H) | | | | | | | | | |
| 3. ------Growth & Income | A | Int./Div. | J | T | | | | | |
| 4. ------Investors | A | Int./Div. | J | T | | | | | |
| 5. ------Voyager | | | | | Merged (with line 8) | 10/21/16 | J | | |
| 6. ------Equity Inc. | A | Int./Div. | J | T | | | | | |
| 7. ------Multi-Cap Growth fund | A | Int./Div. | J | T | | | | | |
| 8. ------Growth Opportunities | A | Int./Div. | J | T | | | | | |
| 9. | | | | | | | | | |
| 10. Parcel 1 (Hobbs, NM) | | None | | S | | | | | |
| 11. Parcel 2 (Hobbs, NM) | | None | | S | | | | | |
| 12. Parcel 3 (Hobbs, NM) | | None | | S | | | | | |
| 13. Parcel 4 (Hobbs, NM) | | None | | S | | | | | |
| 14. | | | | | | | | | |
| 15. Tony & Adam's Hair Design, Inc. | | None | J | W | | | | | |
| 16. | | | | | | | | | |
| 17. Hartford Life (variable life policy) (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramirez, Irma C. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -----PVT George Putnam | A | Int./Div. | J | T | | | | | |
| 19.   -----AMR Growth-Income | C | Int./Div. | K | T | | | | | |
| 20.   -----PVT Voyager | | | | | Merged (with line 26) | 10/21/16 | J | | |
| 21.   -----PVT Int'l Equity | A | Int./Div. | J | T | | | | | |
| 22.   -----HLS Midcap | A | Int./Div. | J | T | | | | | |
| 23.   -----AMR Growth | A | Int./Div. | J | T | | | | | |
| 24.   -----AMR Global Small Cap | A | Int./Div. | J | T | | | | | |
| 25.   -----PVT Multi-Cap Growth | A | Int./Div. | J | T | | | | | |
| 26.   -----Putnam Growth Opportunties | A | Int./Div. | J | T | | | | | |
| 27. | | | | | | | | | |
| 28.   Comerica Bank (Accounts) | | None | J | T | | | | | |
| 29. | | | | | | | | | |
| 30.   LPL Financial IRA (H) | | | | | | | | | |
| 31.   -----Lord Abbett Mid Cap Stock Cl A (LAVLX) | B | Int./Div. | J | T | | | | | |
| 32.   -----Growth Fund of America Class A (AGTHX) | A | Int./Div. | J | T | | | | | |
| 33.   -----Investment Co. of America Cl A (AIVSX) | C | Int./Div. | K | T | | | | | |
| 34.   -----Putnam International Equity Cl A (POVSX) | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramirez, Irma C. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -----Putnam Voyager Cl A (PVOYX) | | | | | Merged (with line 52) | 10/21/16 | J | | |
| 36. -----Invesco Comstock Cl A (ACSTX) | B | Int./Div. | J | T | | | | | |
| 37. -----Invesco Small Cap Discovery Cl A (VASCX) | A | Int./Div. | J | T | | | | | |
| 38. -----Lord Abbett Affiliated Cl A (LAFFX) | B | Int./Div. | J | T | | | | | |
| 39. -----Lord Abbett Affiliated Cl B (LAFBX) | | | | | Merged (with line 38) | 04/26/16 | J | | |
| 40. -----Hartford Cap Appre Fd Cl C (HCACX) | A | Int./Div. | J | T | | | | | |
| 41. -----Voya Global Equity Dividend & Premium Opp Fund IGD | A | Int./Div. | J | T | | | | | |
| 42. -----Federated Prudent Bear Fund Cl C (PBRCX) | A | Int./Div. | J | T | | | | | |
| 43. -----Hartford Midcap Fd Cl C (HMDCX) | B | Int./Div. | K | T | | | | | |
| 44. -----Oppenheimer DVLP Mrkts Fd Cl C (ODVCX) | A | Int./Div. | J | T | | | | | |
| 45. -----AIM Invesco Am. Franchise Cl A (VAFAX) | A | Int./Div. | J | T | | | | | |
| 46. -----AIM Invesco Am. Franchise Cl B (VAFBX) | A | Int./Div. | J | T | | | | | |
| 47. -----Hartford Midcap Fund Cl A (HFMCX) | A | Int./Div. | J | T | | | | | |
| 48. -----Oppenheimer Senior Floating Rate Cl C (OOSCX) | A | Int./Div. | J | T | | | | | |
| 49. -----Capital World Growth & Inc Cl A (CWGIX) | B | Int./Div. | K | T | | | | | |
| 50. -----Federated Prudent Absolute Return Cl A (FMAAX) | A | Int./Div. | J | T | | | | | |
| 51. -----Capital Income Builder Cl A (CAIBX) | B | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramirez, Irma C. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.      -----Putnam Growth Opptys Cl A (POGAX) | A | Int./Div. | J | T | | | | | |
| 53. | | | | | | | | | |
| 54.      Texas Federal Credit Union (accounts) | | None | K | T | | | | | |
| 55. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VIII

Line 5:  Merger of Putnam Voyager with Putnam Growth Opportunities on 10/21/2016 (see line 8).

Lines 10-13:  The assessed value for each parcel is approximately $1185.

Line 20:  Merger of Putnam Voyager with Putnam Growth Opportunities on 10/21/2016 (see line 26).

Line 33:  Merger of Putnam Voyager  Cl A (PVOYX) with Putnam Growth Opportunities Cl A (POGAX) on 10/21/2016 (see line 52).

Line 39:  Routine share class conversion of remaining Lord Abbett Affiliated Cl B (LAFBX) shares into Lord Abbett Affiliated Cl A (LAFFX) shares on 4/26/2016 (see line 38).

Line 54:  During preparation of this report, an error in the value code for the bank accounts listed in this line in the 2015 report was discovered.  The value code for the bank accounts now listed in line 54 of this report should have been "L" instead of "K" for 2015.  The value code for the bank accounts for 2016 is "K".

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Irma C. Ramirez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544